CAPITAL METRO LAW OFFICE



**RECEIVED**

JAN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

January 16, 2008

U. S. Department of Justice
United States Marshall's Service
District of Columbia
333 Constitution Ave.
Washington, D.C. 20001

John R. Perry
826 Mariette Place, NW
Washington, D.C. 20260

Re:   Summonses and Complaints
      John R. Perry v Daniel R. Levison
      John R. Perry v Michelle K. Martin
      John R. Perry v Elizabeth Bogle
      John R. Perry v P.J. Wihzer (sic) — *not returned with others*
      Civil Action, File Number 08 0033 ESH
      U. S. District Court for the District of Columbia

Dear Sirs:

Returned herewith are three summonses and complaints, erroneously sent by certified mail to Levison, Martin, Bogle and Wihzer at the address of the Postal Service's headquarters, at 475 L'Enfant Plaza, (sic), Washington, DC 20260. These are returned because the Postal Service opened the envelopes in error and finds that it is without authority to accept service of process on behalf of the named individuals. The Postal Service cannot find, in its data base of postal employees, any entry indicating that any of these individuals are employees of the Postal Service.

Accordingly, the Summonses and Complaints are returned herewith for your further action.

Sincerely,

*William B. Neel*

William B. Neel
Attorney, Capitol Metro Law Office
8200 Corporate Drive
Landover, MD 20785-2244

1