U.S. Department of Justice
United States Marshals Service



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of Columbia

TO: Michelle K. Martin
United States Postal Service
475 L'Enfant Plaza
Washington, DC 20260

Civil Action, File Number 08-0033 ESH

John R. Perry
v.
United States Postal Service

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

...eipt of Summons and Complaint By Mail

_R. Tall_
(US Official)

...ID COMPLAINT

...the complaint in the above captioned

...tity/Authority to Receive

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michelle K. Martin
US Postal Service
475 L'Enfant Plaza
Washington, DC 20260

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]  ☒ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 1/11/08
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7007 0710 0004 6579 2047

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM F...
R...
Automa...