# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN R. PERRY<br>826 Marietta Place, N.W.<br>Washington, D.C. 20011<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES POSTAL SERVICE<br><br>MICHELLE K. MARTIN<br>United States Postal Service<br><br>DANIEL R. LEVINSON<br>United States Postal Service<br><br>ELIZABETH B. BOGLE<br>United States Postal Service<br><br>P.J. WIHZER<br>United States Postal Service<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0033 (ESH) |

## **NOTICE OF APPEARANCE**

  The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendants in the above-captioned case.

              ____/s/_____
               JOHN G. INTERRANTE
               PA Bar # 61373
               Assistant United States Attorney
               Civil Division
               555 4th Street, N.W.
               Washington, D.C. 20530
               (202) 514-7220
               (202) 514-8780 (fax)
               John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

JOHN R. PERRY
826 Marietta Place, N.W.
Washington, D.C. 20011

on this _____ day of January, 2008.

                                          ____/s/_____
                                          JOHN G. INTERRANTE
                                          Assistant United States Attorney
                                          Civil Division
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 514-7220
                                          (202) 514-8780 (fax)
                                          John.Interrante@usdoj.gov